458 A.2d 278

Coren et al. v. DiDomenico et al.

Appeal of Matthew J. DiDomenico and Aurelio Nardoni.

Argued June 7, 1982. Miraglia C. Lecky, for appellants; Gary Alan Hurwitz, for appellees.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment affirmed.

458 A.2d 279

Fritchman, Appellant v. Scott, et al.

Argued January 18, 1983. David A. Scholl, for appellant; James R. Fiorentino, for appellees.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Order affirmed in part and reversed in part.